FILED
CLERK, U.S. DISTRICT COURT

MAY 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WILLIAMS,<br><br>        Petitioner,<br><br>   v.<br><br>TERESER A. BANKS, Warden, et al.,<br><br>        Respondents. | Case No. EDCV 09-1713 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the pending Petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: May 17, 2010

_____
OTIS D WRIGHT, II
UNITED STATES DISTRICT JUDGE